UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SIVEEM EL-NASHAR,                                                    :
:
                          Plaintiff,                   :       25-CV-4403 (JMF)
:
        -v-                                                          :              ORDER
:
NADAP, INC., et al.,                                                 :
:
                         Defendants.                  :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On June 3, 2025, Defendants filed a motion to dismiss Plaintiff's fourth cause of action in the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

       Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **June 24, 2025**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

       If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **June 24, 2025**.  Defendants' reply, if any, shall be filed by **July 1, 2025**.

       SO ORDERED.

Dated: June 4, 2025
       New York, New York
                                                        _____
                                                              JESSE M. FURMAN
                                                       United States District Judge