UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 7/31/2025

SIVEEM EL-NASHAR,

                                    Plaintiff,                              25-CV-4403 (SN)

                    -against-                                               **ORDER**

NADAP, INC., et al.,

                                    Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 31, 2025, the parties appeared for an Initial Pretrial Conference. The parties

informed the Court of their intention to proceed with a private mediation in early October 2025.

Accordingly, the case is STAYED pending completion of the private mediation. The

parties shall file a letter no later than October 15, 2025, informing the Court of the status of the

private mediation. If the private mediation is unsuccessful, the parties shall also file a revised

Civil Case Management Plan and Scheduling Order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        July 31, 2025
              New York, New York