**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

SIVEEM EL-NASHAR,

                                    Plaintiff,                    **25-CV-4403 (SN)**

                    -against-                                     **ORDER**

NADAP, INC., et al.,

                                    Defendants.

-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:      7/31/2025
```

**SARAH NETBURN, United States Magistrate Judge:**

On July 31, 2025, the parties appeared for a conference and informed the Court of their

intention to proceed with a private mediation in early October 2025. Accordingly, the automatic

referral to the Court's Mediation Program is VACATED. ECF No. 27.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      July 31, 2025
            New York, New York