UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SIVEEM EL-NASHAR,

        **Plaintiff,**

   -against-

NDAP, INC., et al.,

        **Defendants.**

-------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:___ 12/15/2025 ___

25-CV-04403 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Per this Court's Scheduling Order, the parties' joint letter regarding the status of discovery was due by December 8, 2025. The parties are directed to file the joint status letter by Friday, December 19, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:  December 15, 2025
     New York, New York